Gregory M. DELON, Plaintiff—Appellant,

v.

MCLAURIN PARKING COMPANY, Defendant—Appellee.

No. 05–1431.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 31, 2005.

Decided Oct. 21, 2005.

Gregory M. DeLon, Appellant Pro Se. Robert Allen Sar, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Raleigh, North Carolina, for Appellee.

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gregory M. DeLon appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district

court. *See DeLon v. McLaurin Parking Co.,* 367 F.Supp.2d 893 (M.D.N.C.2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*